IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


TROY A. LUKENS,                                    No. 3:13-cv-00430-ST

              Plaintiff,                              ORDER

      v.

PORTLAND POLICE BUREAU,  Officer
AARON SCHMAUTZ,  Officer JANE DOE,
CITY OF PORTLAND, and MULTNOMAH
COUNTY SHERIFF'S DEPARTMENT,

             Defendants.


Troy A. Lukens, Pro Se
81 Ava Avenue
Gresham, OR 97030

David A. Landrum
City of Portland, Oregon
City Attorney's Office
1221 SW Fourth Avenue, Room 430
Portland, OR 97204

      Attorney for Defendants


1 - ORDER

HERNANDEZ, District Judge:

Magistrate Judge Stewart issued a Findings and Recommendation (#36) on November 14, 2013, in which she recommends that the Court grant Defendants' motion for summary judgment (#29).  The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*.  United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made).  Having reviewed the legal principles *de novo*, I find no error.

CONCLUSION

The Court adopts Magistrate Judge Stewart's Findings and Recommendation (#36).  Accordingly, Defendants' motion for summary judgment (#29) is granted.

IT IS SO ORDERED.


DATED this 3 day of December, 2013.


MARCO A. HERNANDEZ
United States District Judge

2 - ORDER